UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT C. BASS,

                Plaintiff,          25-cv-2478 (JGK)

    - against -             ORDER

PERSHING, ET AL.,

                Defendants.

JOHN G. KOELTL, District Judge:

    The pro se plaintiff paid the filing fees and commenced this action. Generally, the plaintiff has 90 days from filing the complaint to serve the summons and complaint. Fed. R. Civ. P. 4(m). However, the summons was not issued in this case when the plaintiff filed the complaint because he had not paid the filing fee. The Court therefore extends the time to serve until 90 days after the date the summons is issued.

    The Clerk of Court is respectfully directed to issue summonses as to the defendants. The plaintiff is directed to serve the summons and complaint on each defendant within 90 days of the issuance of the summonses.

    If the plaintiff does not either serve the defendants or request an extension of time to do so within those 90 days, the

case may be dismissed without prejudice for failure to prosecute. Fed. R. Civ. P. 4 & 41.

**SO ORDERED.**

Dated:     New York, New York
           March 28, 2025

                                    John G. Koeltl
                              United States District Judge