```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------

ROBERT C. BASS,

                Plaintiff,          25-cv-2478 (JGK)

    - against -                <u>ORDER</u>

PERSHING, ET AL.,

                Defendants.

------------------------------------

JOHN G. KOELTL, District Judge:

    The Court received the attached filing from the pro se plaintiff which the Court files under seal. The plaintiff should not file any material that is not copied to the defendants. Because the defendants have not been served, the Court files the submission under seal.

SO ORDERED.

Dated:    New York, New York
           March 28, 2025

                                        /s/ John G. Koeltl
                                          John G. Koeltl
                                 United States District Judge