UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT C BASS, | STATEMENT OF DAMAGES |
| Plaintiff | |
| v. | 25-CV-02478 (JGK) |
| BANK OF NEW YORK (BNY) BNY PERSHING and PERSHING, LLC | |
| Defendants. | |

Principal amount sued for……………………………………………..*$1,000,000,000.00USD*

Interest at 0.375% from May 9th, 2019, through April 22nd, 2025………*$22,500,000.00USD*

Treble Damages……………………………………………………*$3,067,500,000.00USD*

Punitive Damages…………………………………………………….*TBD by Court*

Costs and Disbursements:

Clerk´s fee………………………………………………………..*$405*

Certified Mail Process of Service……………………………………...*$50*

DATED: April 23rd, 2025.          BY:_____

ROBERT C BASS
28 Herkimer Street
Ground Floor
Brooklyn, New York 11216
(201) 351-0328
robert.c.bass@strategicsolutions.services