# ReedSmith

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

**Casey J. Olbrantz**
Direct Phone: +1 212 521 5404
Email: colbrantz@reedsmith.com

May 5, 2025

**Via ECF and Email**

Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*The conference scheduled for May 6, 2025 is cancelled. There is no need for alternative service. The defendants at issue will respond to the complaint by May 26, 2025. So ordered. John G. Koeltl U.S.D.J. 5/5/25*

      Re:    *Bass v. Pershing et al.*, Case no. 1:25-cv-2478

Dear Judge Koeltl,

I write on behalf of Pershing LLC and BNY Mellon, National Association, which were named in the above-captioned action as Pershing, Pershing LLC, BNY Pershing, and Bank of New York Mellon, N.A. (collectively, "**BNY Defendants**").

The BNY Defendants have retained Reed Smith LLP to represent them in this action, and have authorized me to file a notice appearance. ECF 41. The BNY Defendants intend to file a response to the Complaint within the time permitted under Rule 12(b)(1) (*i.e.*, May 26, 2025). Should the Court wish to proceed with the conference scheduled for tomorrow, May 6, 2025 at 3:30 pm, to discuss plaintiff's motion to authorize alternative service (ECF 40), counsel for the BNY Defendants will appear.

Given that the BNY Defendants have voluntarily appeared through counsel and thus obviated the need for plaintiff to effect service of process, should the conference proceed, the BNY Defendants respectfully request the Court's guidance as to whether Mr. Mancuso and Mr. Lawrence need also attend. In accordance with Rule 1.F of the Court's Individual Practices, counsel will email a copy of this letter to Chambers upon filing.

We thank the Court for its attention to this matter.

Respectfully submitted,

Casey J. Olbrantz

cc:    All parties and counsel (*via ECF*)

ABU DHABI ♦ ASTANA ♦ ATHENS ♦ ATLANTA ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DENVER ♦ DUBAI ♦ FRANKFURT
HONG KONG ♦ HOUSTON ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON