```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

ROBERT C. BASS,

                  Plaintiff,        25-cv-2478 (JGK)

    - against -                  <u>ORDER</u>

PERSHING, ET AL.,

                  Defendants.

---

JOHN G. KOELTL, District Judge:

    The plaintiff's motion to recuse this Court (ECF No. 49) is **denied**. Disagreement with a Court's decisions is not a basis for recusal.

SO ORDERED.

Dated:    New York, New York
           May 8, 2025

                                                  John G. Koeltl
                                          United States District Judge