## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

**Robert C. Bass,**

Plaintiff,

— *against* —

**Pershing; Pershing LLC; BNY Pershing; Bank of New York Mellon, N.A.; Citigroup Global Markets Inc. and Financial Industry Regulatory Authority,**

Defendants.

Case No.  1:25-cv-2478(JGK)

**Rule 7.1 Disclosure Statement**

Pursuant to Rule 7.1, Defendants Pershing LLC and BNY Mellon, National Association, which were named in this action as Pershing, Pershing LLC, BNY Pershing, and Bank of New York Mellon, N.A., disclose that:

- BNY Mellon, National Association is a wholly owned subsidiary of The Bank of New York Mellon Corporation; and

- Pershing LLC is a wholly owned subsidiary of Pershing Group LLC.

Respectfully Submitted:

Dated:  May 27, 2025
       New York, New York

**REED SMITH LLP**

Casey J. Olbrantz
599 Lexington Avenue
New York, New York 10022
212-549-0460
colbrantz@reedsmith.com