USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/25/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

ROBERT C BASS,                                      :
                                                    :
                              Plaintiff,            :
                                                    :
            -against-                               :          25-CV-02478 (VEC)
                                                    :
                                                    :          ORDER
PERSHING, PERSHING LLC & BNY                        :
PERSHING, BANK OF NEW YORK, N.A.                    :
('BNY'), CITIGROUP GLOBAL MARKETS                   :
INC. ('CGMI'), AND FINANCIAL INDUSTRY               :
REGULATORY AUTHORITY ('FINRA'),                     :
                                                    :
                                                    :
                              Defendants.           :
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

        WHEREAS on March 26, 2025, Plaintiff initiated this action, *see* Compl., Dkt. 1;

        WHEREAS on May 27, 2025, Defendants moved to dismiss the Complaint, *see* Dkts.

54–62; and

        WHEREAS on June 24, 2025, Plaintiff amended his Complaint, *see* Dkt. 69;

        IT IS HEREBY ORDERED that Defendants' motions to dismiss are DENIED as moot.

The Clerk of Court is respectfully directed to terminate the open motions at Dkts. 54, 55, and 59.

        IT IS FURTHER ORDERED that Defendants' deadline to file renewed motions to

dismiss is **Tuesday, July 15, 2025**.  Plaintiff's deadline to oppose the motions to dismiss is

**Tuesday, July 29, 2025**.  Defendants' reply papers are due by **Tuesday, August 5, 2025**.

**SO ORDERED.**

Date:  **June 25, 2025**                                    **VALERIE CAPRONI**
       **New York, New York**                              **United States District Judge**