

**ROBERT C BASS**
28 Herkimer Street
Ground Floor
Brooklyn, New York 11216
Tel: (201) 351 – 0328
*e*Mail: robert.c.bass@strategicsolutions.services

July 2nd, 2025

**VIA ECF/CM**

Honorable Valerie E. Caproni, USDJ
United States District Court
For the Southern District of New York          **25-CV-02478(VEC)**
500 Pearl Street                                *Bass v. Pershing et. al.*
New York, New York 10007

**Reply In Opposition To Defendant - CGMI´s Request for Adjournment of IPTC**

To The Honorable USDJ – Valerie E. Caproni, presiding:

   Plaintiff – Robert C Bass, respectfully submits this Reply in Opposition to Defendant – CGMI´s request for adjournment of the July 25th, 2025, IPTC, established by the Court.
   CGMI claims – "The other Defendants have consented to this request." ¶ 3, DkEntry: 76.
   Plaintiff request your Honor inquire with "the other Defendants," to confirm, if, in fact, the other Defendants – FINRA, Pershing, Pershing LLC, BNY Pershing and BNY NA, have consented to CGMI´s request for adjournment, along with submission of their own respective request for adjournment, to include proposed intents to also file their own respective, subsequent motions to dismiss – especially since CGMI has stated in its request, "…other defendants will be moving to dismiss the Amended Complaint," ¶ 2, Ln. 2 (*Id.*) and or summarily deny CGMI´s request for adjournment, in its entirety and allow ´all´ defendants to submit their respective, intended motion(s) to dismiss, no later than July 15th, 2025 and sustaining the July 17th, 2025 mandate order for submission of a "joint letter", requested by this Court.
   Again, CGMI´s request for adjournment is for purposes of unnecessary delay and the Plaintiff avers with a high degree of confidence – based on the merits presented in the Amended Complaint, none of the Defendants possess any legal standing in law, rule(s) or regulation(s) towards prevailing in their submissions of a subsequent motion to dismiss.

   Respectfully Submitted,

   *[signature]*

   s/Robert C Bass
   *In Propria Persona*