**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
ROBERT C. BASS,

          Plaintiff,

    -against-                                  25 **CIVIL** 2478 (VEC)

                                              **JUDGMENT**

PERSHING ET AL,

          Defendants.
----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated November 25, 2025, Defendants' motions to dismiss are GRANTED and the Amended Complaint is DISMISSED WITH PREJUDICE; accordingly, the case is closed.

**Dated:**  New York, New York

       November 26, 2025

                                          **TAMMI M. HELLWIG**

                                           **Clerk of Court**

                      **BY:**     _____

                                         **Deputy Clerk**