UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

ROBERT C. BASS,                                                    :
                                                                   :
                                            Plaintiff,             :
                                                                   :
                         -against-                                 :
                                                                   :                     25-CV-02478 (VEC)
                                                                   :
                                                                   :                          ORDER
PERSHING, PERSHING LLC & BNY                                       :
PERSHING, BANK OF NEW YORK, N.A.                                   :
("BNY"), CITIGROUP GLOBAL MARKETS                                  :
INC. ("CGMI"), AND FINANCIAL INDUSTRY                              :
REGULATORY AUTHORITY ("FINRA"),                                    :
                                                                   :
                                            Defendants.            :
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/22/2025

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 25, 2025, the Court dismissed Plaintiff's claims with prejudice, *see* Opinion & Order, Dkt. 115 (the "Order");

WHEREAS pursuant to Fed. R. App. P. 4(a)(1)(A), Plaintiff's notice of appeal "must be filed with the district clerk within 30 days after entry of the" Order, *i.e.*, by Monday, December 29, 2025;[1]

WHEREAS on December 9, 2025, Plaintiff timely filed a motion for reconsideration pursuant to Local Civil Rule 6.3, *see* Dkt. 123;

WHEREAS on December 19, 2025, Plaintiff submitted to the Court an *ex parte*[2] motion to extend the time to file a notice of appeal of the Order pursuant to Federal R. App. P.

---

[1] Plaintiff's time to submit a notice of appeal is on the 34th day after the entry of the Order, given that the 30th and 31st days following entry of the Order are federal holidays (Christmas Day and (as of December 19, 2025) the day after Christmas), and the 32nd and 33rd days fall on a weekend. *See* Fed. R. Civ. P. 6(a)(1).

[2] *See* Fed. R. App. P. 4(a)(5)(B) ("A motion filed before the expiration of the time prescribed in Rule 4(a)(1) . . . may be *ex parte* unless the court requires otherwise.").

4(a)(5)(A), which states that a "district court may extend the time to file a notice of appeal if[,] . . . regardless of whether its motion is filed before or during the 30 days after the time prescribed by this Rule 4(a) expires, that party shows excusable neglect or good cause"; and

WHEREAS no extensions granted under Fed. R. App. P. 4(a)(5) "may exceed 30 days after the prescribed time" to file a notice of appeal, *see* Fed. R. App. P. 4(a)(5)(c);

IT IS HEREBY ORDERED that Plaintiff's motion to extend the deadline to file a notice of appeal of the Order is GRANTED. Because Plaintiff's motion for reconsideration is currently pending, the Court finds good cause to extend the notice of appeal deadline for 30 days pursuant to Fed. R. App. P. 4(a)(5). As such, Plaintiff's deadline to file a notice of appeal of the Order is ADJOURNED from Monday, December 29, 2025, to **Wednesday, January 28, 2026**.

IT IS FURTHER ORDERED that Defendants may jointly submit a **single, consolidated response**, not to exceed **5,000 words**, to Plaintiff's motion for reconsideration not later than **Wednesday, December 31, 2025**. Plaintiff's reply, not to exceed **1,750 words**, must be submitted not later than **Wednesday, January 7, 2026**.

**SO ORDERED.**

Date:  **December 22, 2025**
      **New York, New York**

**VALERIE CAPRONI**
**United States District Judge**

2